# AFFIDAVIT

I, Oscar Franklin Smith, an inmate at Riverbend Maximum Security Institution in Nashville, Tennessee, declare as follows: I am scheduled to be executed by the State of Tennessee on April 21, 2022.

I have been informed that an autopsy and certain other autopsy related procedures will be performed thereafter.

Due to my religious convictions, I strongly object to the cutting and desecration of my body. My objections extend to the violation of my body through the taking of any bodily fluids, including, but not limited to, percutaneous blood draws, removal of urine and the taking of vitreous fluid. The performance of an autopsy on me would be in direct conflict with my sincerely held religious beliefs. I also have a right to my bodily integrity which I do not herby relinquish to any person at any time. I do not consent to any autopsy or any autopsy procedures of any sort whatsoever or any invasion of my body by any person by any means following my death. I provide no consent and no informed consent to any such attempt by any person, including any person employed or associated by any office of the medical examiner or any agent of the state of Tennessee.

I declare under the penalty of perjury and laws of the United States of America that the foregoing is true and correct.

Dated this __1__ day of April, 2022.

_Oscar Franklin Smith_
OSCAR FRANKLIN SMITH

Sworn to and subscribed before me
On this the __1st__ day of April, 2022

_Gaye Nease_
NOTARY PUBLIC

My Commission Expires: 03/06/2024

[Notary Seal: GAYE NEASE, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, My Commission Expires 03-06-2024]