IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| OSCAR SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. FENG LI, in his official capacity as )<br>the Chief Medical Examiner for the )<br>State of Tennessee and Medical )<br>Examiner for the Metropolitan )<br>Government of Nashville and Davidson )<br>County, Tennessee, )<br>)<br>Defendant. ) | Case No. 3:22-cv-00270<br><br>Judge Trauger |

**AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

Dr. Feng Li, in his official capacity, responds to the allegations in the Complaint (Doc. No. 1) as follows:

**INTRODUCTION**

1. It is admitted that the State has scheduled Plaintiff's execution by lethal injection for August 21, 2022. It is denied that Dr. Li intends to perform an autopsy on Mr. Smith's body. Dr. Li intends to draw fluids and conduct an external examination of Mr. Smith's body visually and by taking x-rays. If the findings from these non- or minimally-invasive procedures are consistent with the State's legally sanctioned execution procedure, Dr. Li will not conduct an autopsy.

2. Denied.

**PARTIES**

3. Admitted.

4. Defendant Dr. Li denies that he is the Chief Medical Examiner for the State of Tennessee. All remaining allegations in Paragraph 4 are admitted.

## JURISDICTION AND VENUE

5. Jurisdiction is admitted.

6. It is admitted that Plaintiff is authorized to bring suit under the referenced authorities but denied that he is entitled to any of the relief he seeks.

7. Venue is admitted.

8. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 8; thus, they are denied.

## FACTS

9. Admitted.

10. Admitted.

11. It is admitted that Plaintiff sought agreement from Dr. Li not to perform any form of examination of Plaintiff's body after his execution. All remaining allegations are denied.

12. Admitted.

13. Admitted.

14. It is admitted that Dr. Li may need to conduct an autopsy to fulfill his statutory obligations and further compelling state interests. If the findings from the non- or minimally-invasive procedures described in paragraph 1 of this Answer are consistent with the State's legally sanctioned execution procedure, Dr. Li will not conduct an autopsy. All remaining allegations in Paragraph 14 are denied.

15. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 15; thus, they are denied.

## STATEMENT OF INCORPORATION

16. The responses in Paragraphs 1-15 are incorporated as if fully set forth herein.

## CLAIMS FOR RELIEF

## CLAIM ONE

## THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT ("RLUIPA")

17. The responses in Paragraphs 1-16 are incorporated as if fully set forth herein.

18. Denied.

19. Paragraph 19 does not contain factual allegations for which a response from this Defendant is required.

20. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 20; thus, they are denied.

21. Denied.

22. Denied.

23. Denied.

## CLAIM TWO

## 42 U.S.C. § 1983: FIRST AMENDMENT FREE EXERCISE OF RELIGION

24. The responses in Paragraphs 1-23 are incorporated as if fully set forth herein.

25. Denied.

26. Paragraph 26 does not contain factual allegations for which a response from this Defendant is required.

27. Paragraph 27 does not contain factual allegations for which a response from this Defendant is required.

28. Paragraph 28 does not contain factual allegations for which a response from this Defendant is required.

29. Denied.

30. Denied.

{N0466117.1}                                                    3

Case 3:22-cv-00270   Document 15   Filed 04/19/22   Page 3 of 6 PageID #: 93

31. Denied.

32. Denied.

## CLAIM THREE

### Tennessee's Preservation of Religious Freedom Statute

### Tennessee Code Annotated § 4-1-407

33. The responses in Paragraphs 1-32 are incorporated as if fully set forth herein.

34. Paragraph 34 does not contain factual allegations for which a response from this Defendant is required.

35. Denied.

## PLAINTIFF'S PRAYER FOR RELIEF

It is denied that Plaintiff is entitled to any of the relief sought.

## GENERAL DENIAL

Any allegation not specifically admitted in this Answer is hereby denied, and strict proof is demanded thereof.

## GENERAL AND AFFIRMATIVE DEFENSES

1. Defendant denies that Plaintiff is entitled to any relief and asserts that this matter should be dismissed for failure to state a claim upon which relief can be granted.

2. Defendant's proposed examination following the execution will not violate any constitutional or statutory right to which Plaintiff is entitled.

3. There is a compelling governmental interest in Defendant examining Plaintiff's body following the State's execution to comply with a statutory duty and ensure that the State carries out the execution consistent with the requirements of law.

4. Defendant's proposed accommodation to Plaintiff's request for a religious exemption to the autopsy procedure that normally follows a State execution is narrowly tailored to achieve compelling governmental interests.

## DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's Complaint, Defendant prays:

1. That this be accepted as his Answer herein;

2. This this cause be dismissed and held for naught;

3. That all costs and other reasonable fees be charged to and borne by Plaintiff;

and

4. For such other relief as the Court deems appropriate.

> Respectfully submitted,
>
> DEPARTMENT OF LAW OF THE
> METROPOLITAN GOVERNMENT OF
> NASHVILLE AND DAVIDSON COUNTY
> WALLACE W. DIETZ (#9949)
> DIRECTOR OF LAW
>
> /s/ Allison L. Bussell
> ALLISON L. BUSSELL (#23538)
> LORA BARKENBUS FOX (#17243)
> ASSOCIATE DIRECTORS OF LAW
> Metropolitan Courthouse, Suite 108
> P.O. Box 196300
> Nashville, Tennessee 37219
> (615) 862-6341
> allison.bussell@nashville.gov
> lora.fox@nashvill.gov
>
> *Counsel for Dr. Feng Li*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the forgoing has been served via CM/ECF to:

Amy D. Harwell
Katherine M. Dix
Federal Public Defender for the Middle
District of Tennessee
810 Broadway, Suite 200
Nashville, Tennessee 37203

on this 19th day of April, 2022.

                                               /s/ Allison Bussell
                                               Allison Bussell